FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2016 FEB -9 PM 12:06
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:16CR4 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| PAUL YOUNES, | |
| Defendant. | |

This matter comes before the Court upon the Government's oral motion for an order to facilitate the collection of fine payments prior to the sentencing hearing. The Court, being duly advised, finds that the motion should be and herby is granted.

IT IS THEREFORE ORDERED that the Clerk of the United States District Court, for the District of Nebraska, 111 S 18th Plaza, Suite #1152, Omaha, NE 68102 accept $3,000 in fines and $25 in special assessments.

DATED this 9th day of February, 2016.

BY THE COURT:

LYLE E. STROM
Senior United States District Court Judge