IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )          8:16CR4
                                 )
        v.                       )
                                 )
PAUL YOUNES,                     )              ORDER
                                 )
              Defendant.         )
_____)


        This matter is before the Court on defendant's motion
to terminate probation (Filing No. 20) and plaintiff's objection
to defendant's motion to terminate probation (Filing No. 21).
The Court has reviewed the request, as well as the opposition to
terminate probation, and finds that the motion should be denied
without prejudice.  Accordingly,

        IT IS ORDERED that defendant's motion to terminate
probation is denied without prejudice.

        DATED this 19th day of July, 2017.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court