**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiffs,** | **8:16CR4** |
| **vs.** | |
| **PAUL YOUNES,** | **MEMORANDUM AND ORDER** |
| **Defendants.** | |

This matter is before the Court on the Defendant's Motion for Termination of Probation, ECF No. 23, and the Government's Objection to the Motion, ECF No. 24.

The Government notes that the Defendant was sentenced pursuant to a Rule 11(c)(1)(C) plea agreement, which provided for a fine as well as a five-year term of probation. The Government resists the early termination of the Defendant's probation, because such termination would be inconsistent with the binding plea agreement and undermine its objectives. The Government further notes that any concerns the Defendant may have regarding international travel for business purposes may be addressed through a request for modification of his conditions of probation.

The undersigned was not the sentencing judge in this matter, but it is apparent from the record that the Court accepted the plea agreement at the time of sentencing and imposed a sentence pursuant to the binding plea agreement. To alter the Defendant's sentence now, over the objection of the Government, would abrogate the plea agreement and the integrity of the sentencing process.

The Defendant is encouraged to request any modifications of the conditions of his probation through his probation officer, and the Motion for Termination of Probation will be denied.

IT IS ORDERED:

1. The Government's Objection to Motion for Miscellaneous Relief, ECF No. 24, is granted; and

2. The Defendant's Motion for Termination of Probation, ECF No. 23, is denied.

Dated this 5th day of July, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge